**14 CV 7637**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MCHA HOLDINGS, LLC,

        Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

CIVIL ACTION NO.



---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff, MCHA Holdings, LLC ("MCHA"), a limited liability company, certifies through its undersigned counsel that, pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, no parent corporation, or publicly held corporation, owns 10% or more of the stock of MCHA.

Dated: September 19, 2014
      New York, New York

                                   DUANE MORRIS LLP

                                   By: _____
                                   Anthony J. Costantini (AC6633)
                                   E-mail: ajcostantini@duanemorris.com
                                   Suzan Jo (SJ1974)
                                   E-mail: sjo@duanemorris.com
                                   Kevin P. Potere (KP0789)
                                   Email: kppotere@duanemorris.com
                                   1540 Broadway
                                   New York, NY 10036-4086
                                   Telephone: +1 212 692 1000
                                   Fax: +1 212 692 1020

                                   *Attorneys for Plaintiff*
                                   *MCHA Holdings, LLC*