**DUANE MORRIS** LLP
By:    Anthony J. Costantini
       Suzan Jo
       Kevin P. Potere
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692 1000
Fax: (212) 692 1020
*Attorneys for Plaintiff MCHA Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MCHA HOLDINGS, LLC,

           Plaintiff,

v.

THE REPUBLIC OF ARGENTINA,

           Defendant.

14-Civ-07637 (TPG)
14-Civ-10064 (TPG)

---

## REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

In further support of its motion a for partial summary judgment in *MCHA Holdings, LLC v. Republic of Argentina*, 14-Civ-07637-TPG (S.D.N.Y. Feb. 27, 2015) (D.E. # 8) and *MCHA Holdings, LLC v. Republic of Argentina*, 14-Civ-10064-TPG (S.D.N.Y. Feb. 27, 2015) (D.E. # 6), Plaintiff MCHA Holdings, LLC ("MCHA" or "Plaintiff"), which is a non-judgment creditor, joins in Section I of the Reply Memorandum Of Law In Further Support Of The Motion By NML Capital, Ltd. For Partial Summary Judgment, dated April 7, 2015 ("Reply Memorandum of Law"), and all declarations submitted in support of the motion, to be filed in *NML Capital, Ltd. v. Republic of Argentina,* 14 Civ. 8601 (TPG), since the movants therein also bought bonds issued pursuant to the 1994 FAA, and there is no need to inundate the Court with multiple

memoranda of law making the same arguments. Plaintiff does not join in Section II of the Reply Memorandum of Law because that section is inapplicable to non-judgment creditors such as MCHA. Plaintiff also does not join in Section III of the Reply Memorandum of Law since the Republic has not challenged Plaintiff's proof of bond ownership.

Dated: New York, New York
      April 7, 2015

**DUANE MORRIS LLP**

By: _____
    Anthony J. Costantini
    E-mail: ajcostantini@duanemorris.com
    Suzan Jo
    E-mail: sjo@duanemorris.com
    Kevin P. Potere
    Email: kppotere@duanemorris.com
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692 1000
Fax: (212) 692 1020

*Attorneys for Plaintiff MCHA Holdings, LLC*